**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

JOSE MARIA CATANO FIGUEROA,

Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, a/k/a DHS, a/k/a ICE, et al.,

Defendants.

No. C25-141-LTS-MAR

**ORDER**

Petitioner's pro se motion (Doc. 12) to reconsider the Court's order at Doc. 10 is **denied**.

**IT IS SO ORDERED** this 27th day of January, 2026.

Leonard T. Strand
United States District Judge